IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Bulgari, S.P.A | ) | Case No: 15 C 10894 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| | ) | |
| Fengyu LI, et al | ) | |

## ORDER

(:5)
Motion hearing held. Plaintiff's motion for entry of a temporary restraining order, including a temporary injunction, a temporary transfer of the defendant domain names, a temporary asset restraint, expedited discovery, and service of process by e-mail and/or electronic publication is granted. [8] Enter Sealed Temporary Restraining Order. Plaintiff's motion for leave to file excess pages is granted. [9] Plaintiff's motion to seal document is granted. [7] Plaintiff shall deposit with the Court Ten Thousand Dollars ($10,000), either cash or surety bond, as security. This order shall remain in effect for (14) fourteen days.

Date:  12/9/15                                                                                   /s/ Thomas M. Durkin