IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BULGARI, S.p.A., | ) |
| Plaintiff, | ) Case No. 15-cv-10894 |
| | ) **Judge Thomas M. Durkin** |
| v. | ) |
| | ) **Magistrate Judge Sheila Finnegan** |
| FENGYU LI, et al., | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Bulgari, S.p.A. ("Bulgari") hereby dismisses this action without prejudice against Defendant Oleg Shavilov[1].

Dated this 29th day of December 2015.          Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Plaintiff Bulgari, S.p.A.*

---

[1] See line 139 of the Defendants section of Schedule A, associated with the URL pfowa.org on line 160 of the Defendant Domain Names section of Schedule A.

1